# Exhibit F



# State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

## Summary of Online Changes



Business Name: BOOMSOURCING LLC

Entity number: 9795172-0160

Date of Filing: 08/19/2022

**PREVIOUS Registered Principals:**

**Name** ...... JACOB MUNNS
**Position** .. Registered Agent
**Address** .. 2426 S 2500 E
SALT LAKE CITY, UT 84043

**UPDATED Registered Principals:**

**Name** ...... Mark S. Swan
**Position** .. Registered Agent
**Address** .. 9350 South 150 East
Suite 820
Sandy, UT 84070 United States

Mark S. Swan 08/19/2022

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.



# State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

## Summary of Online Changes



Business Name: BOOMSOURCING LLC

Entity number: 9795172-0160

Date of Filing: 10/13/2022

**PREVIOUS Registered Principals:**

**Name** ...... JACOB MUNNS
**Position** .. Member
**Address** .. 2426 S 2500 E
SALT LAKE CITY, UT 84043

**UPDATED Registered Principals:**

**Name** ...... Kishore Saragoi
**Position** .. Manager
**Address** .. 4877 Higbee Ave, NW, 2nd Floor
Canton, UT 84020 United States

**PREVIOUS Registered Principals:**

**UPDATED Registered Principals:**

**Name** ...... Pankaj Dhanuka
**Position** .. Manager
**Address** .. 4877 Higbee Ave, NW, 2nd Floor
Canton, UT 84020 United States

**PREVIOUS Registered Principals:**

**UPDATED Registered Principals:**

**Name** ...... O'CURRANCE, INC.
**Position** .. Member
**Address** .. 4877 Higbee Ave, NW, 2nd Floor
Canton, UT 84020 United States

Mark S. Swan 10/13/2022

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.



# State of Utah
**DEPARTMENT OF COMMERCE**
Division of Corporations & Commercial Code

This certifies that the Administrative Dissolution has been revoked and the reinstatement is effective and was approved on 10/08/2019 in the office of the Division and hereby issues this Certification thereof.

Jason Sterzer
Division Director

## Summary of Online Changes – REINSTATEMENT



Business Name: BOOMSOURCING LLC

Entity number: 9795172-0160

Date of Filing: 10/08/2019

Registered Principals:
New Information (added or updated)
**Name** ............................ Jacob Munns
**Position** ........................ Registered Agent
**Address** ....................... 2426 S 2500 E
Salt Lake City, UT 84043 United States
Old Information (removed or updated)
**Name** ............................ Jacob Munns
**Position** ........................ Registered Agent
**Address** ....................... 2338 Bernadine
Salt Lake City, UT 84109
New Information (added or updated)

| | |
|---|---|
| **Name** | Jacob Munns |
| **Position** | Member |
| **Address** | 2426 S 2500 E |
| | Salt Lake city, UT 84043 United States |

Old Information (removed or updated)

| | |
|---|---|
| **Name** | Jacob Munns |
| **Position** | Member |
| **Address** | 2338 Bernadine |
| | Salt Lake City, UT 84109 |

Tanner Purser, 10/08/2019

Underr GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.