# Exhibit G

**Boomsourcing**
3451 N. Triump Blvd., STE 203
Lehi, UT  84043
+1 8322963166
kade@boomsourcing.com

# INVOICE

**BILL TO**
First Impression Interactive

| | |
|---|---|
| INVOICE | 5610 |
| DATE | 04/27/2022 |
| TERMS | Due on receipt |
| DUE DATE | 04/27/2022 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|

BALANCE DUE

Wire/ACH Instructions:
Boomsourcing, llc

If paying by wire, please include your
company name in the memo.

If you have any questions or concerns about current or past invoices, contact
Tanner Purser directly at 801-696-9802