# Exhibit I

 Jeff Blake <jeff@attorneyzim.com>

# RE: Black v. First Impression Interactive, Inc., et al. - Subpoena to BoomSourcing, LLC @ 12 PM (PST)

**David J. Kaminski** <kaminskid@cmtlaw.com>   Fri, Nov 11, 2022 at 5:55 PM
To: Thomas A Zimmerman Jr <tom@attorneyzim.com>
Cc: Max Morgan <max.morgan@theweitzfirm.com>, Martin Schannong <schannongm@cmtlaw.com>, "Mark S. Swan" <mswan@strongandhanni.com>, Jeff Blake <jeff@attorneyzim.com>, "Eric H. Weitz" <eric.weitz@theweitzfirm.com>, Roberta Espinoza <espinozar@cmtlaw.com>

Dear Thomas:

Nice to speak with you today.   This will confirm that you have graciously agreed to allow us to stipulate to an extension to respond to the Motion to Compel Subpoena on the part of Boomsourcing, LLC, up to and including November 30, 2022.  We thank you in this regard.  I will send you the DRAFT Stipulation shortly and our local counsel, Mark Swan will file.

Regards,

David J. Kaminski, Esq.

*Managing Partner and Chair of the Financial Services and Class Action Group*

CARLSON & MESSER LLP

5901 W. Century Boulevard, Suite 1200

Los Angeles, CA  90045

310-242-2200 Main

310-242-2204 Direct

310-242-2222 Fax

kaminskid@cmtlaw.com



THE INFORMATION CONTAINED IN THIS E--MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY--CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E--MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Max Morgan <max.morgan@theweitzfirm.com>
**Sent:** Monday, October 3, 2022 2:20 PM
**To:** Roberta Espinoza <espinozar@cmtlaw.com>; David J. Kaminski <kaminskid@cmtlaw.com>; Jeff Blake <jeff@attorneyzim.com>
**Cc:** Stephen Watkins <watkinss@cmtlaw.com>; Eric H. Weitz <eric.weitz@theweitzfirm.com>; Thomas A Zimmerman Jr <tom@attorneyzim.com>
**Subject:** RE: Black v. First Impression Interactive, Inc., et al. - Subpoena to BoomSourcing, LLC @ 12 PM (PST)

That works, Roberta.  Thank you.

**From:** Roberta Espinoza <espinozar@cmtlaw.com>
**Sent:** Monday, October 3, 2022 5:19 PM
**To:** Max Morgan <max.morgan@theweitzfirm.com>; David J. Kaminski <kaminskid@cmtlaw.com>; Jeff Blake <jeff@attorneyzim.com>
**Cc:** Stephen Watkins <watkinss@cmtlaw.com>; Eric H. Weitz <eric.weitz@theweitzfirm.com>; Thomas A Zimmerman Jr <tom@attorneyzim.com>
**Subject:** RE: Black v. First Impression Interactive, Inc., et al. - Subpoena to BoomSourcing, LLC @ 12 PM (PST)

Dear Max,

I will send out an invite for Friday, October 7, 2022 @ 3 pm (EST)/ 12 pm (PST).  Will that time work for you?  I will wait for your response.

Thank you,

**Roberta Espinoza**

*Executive Administrative Assistant* to:

**David J. Kaminski, Esq. Partner**

**CARLSON & MESSER LLP**

**5901 West Century Boulevard,** Suite 1200

Los Angeles, CA  90045

*310-242-2245 Direct Line*

EspinozaR@cmtlaw.com

THE INFORMATION CONTAINED IN THIS E--MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY--CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E--MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Max Morgan <max.morgan@theweitzfirm.com>
**Sent:** Monday, October 3, 2022 6:11 AM
**To:** David J. Kaminski <kaminskid@cmtlaw.com>; Jeff Blake <jeff@attorneyzim.com>
**Cc:** Stephen Watkins <watkinss@cmtlaw.com>; Eric H. Weitz <eric.weitz@theweitzfirm.com>; Thomas A Zimmerman Jr <tom@attorneyzim.com>; Roberta Espinoza <espinozar@cmtlaw.com>
**Subject:** RE: Black v. First Impression Interactive, Inc., et al. - Subpoena to BoomSourcing, LLC @ 12 PM (PST)

David:

I hope you are feeling better.  I am available most of the day Friday.  Let me know what works for you if you want to hold a call.  I am also available today and am flexible.

However, can you please provide an update on the production?  We would like to know what the delay is and if there is something we can do to help expedite the process.  Prior counsel explained that the delay  was due to the size of the files.  We are willing to engage a third party consultant if that is necessary to obtain the data.  Please let us know.

Regards,

Max

**From:** David J. Kaminski <kaminskid@cmtlaw.com>
**Sent:** Monday, October 3, 2022 5:24 AM
**To:** Max Morgan <max.morgan@theweitzfirm.com>; Jeff Blake <jeff@attorneyzim.com>
**Cc:** Stephen Watkins <watkinss@cmtlaw.com>; Eric H. Weitz <eric.weitz@theweitzfirm.com>; Thomas A Zimmerman Jr <tom@attorneyzim.com>; Roberta Espinoza <espinozar@cmtlaw.com>
**Subject:** RE: Black v. First Impression Interactive, Inc., et al. - Subpoena to BoomSourcing, LLC @ 12 PM (PST)

Dear Max,

I have been out of the office due to illness and other matters.   I will also be out this week in part due to religious high holidays.

Let me know if you are available this Friday.   Thank you.

Regards,

David J. Kaminski, Esq.

*Partner and Chair of the Financial Services and Class Action Group*

CARLSON & MESSER LLP

5901 W. Century Boulevard, Suite 1200

Los Angeles, CA  90045

310-242-2200 Main

310-242-2204 Direct

310-242-2222 Fax

kaminskid@cmtlaw.com



THE INFORMATION CONTAINED IN THIS E--MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY--CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E--MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Max Morgan <max.morgan@theweitzfirm.com>
**Sent:** Thursday, September 29, 2022 2:06 PM
**To:** Jeff Blake <jeff@attorneyzim.com>; David J. Kaminski <kaminskid@cmtlaw.com>
**Cc:** Roberta Espinoza <espinozar@cmtlaw.com>; Stephen Watkins <watkinss@cmtlaw.com>; Eric H. Weitz <eric.weitz@theweitzfirm.com>; Thomas A Zimmerman Jr <tom@attorneyzim.com>
**Subject:** RE: Black v. First Impression Interactive, Inc., et al. - Subpoena to BoomSourcing, LLC @ 12 PM (PST)
**Importance:** High

David:

It has been nearly a month since we connected and many months since we were promised records from Boomsourcing by prior counsel. Can you please advise us of the status of the production. If we don't received the production that was promised by next Friday, we will have to move to compel.

Regards,

Max



Max S. Morgan, Esquire

THE WEITZ FIRM, LLC

1515 Market Street #1100

Philadelphia, Pennsylvania  19102

O: 267-587-6240

D: 484-838-7227

F: 215-689-0875

max.morgan@theweitzfirm.com

www.theweitzfirm.com

**From:** Jeff Blake <jeff@attorneyzim.com>
**Sent:** Thursday, September 8, 2022 3:56 PM
**To:** David J. Kaminski <kaminskid@cmtlaw.com>; Max Morgan <max.morgan@theweitzfirm.com>
**Subject:** Re: Black v. First Impression Interactive, Inc., et al. - Subpoena to BoomSourcing, LLC @ 12 PM (PST)

David,

As discussed, you will find our correspondence with prior counsel attached.

On Wed, Sep 7, 2022 at 6:58 PM David J. Kaminski <kaminskid@cmtlaw.com> wrote:

> **From:** Jeff Blake jeff@attorneyzim.com
> **Sent:** Wednesday, September 7, 2022 12:08 PM
> **To:** David J. Kaminski kaminskid@cmtlaw.com
> **Cc:** Stephen Watkins watkinss@cmtlaw.com; Max Morgan max.morgan@theweitzfirm.com; Roberta Espinoza espinozar@cmtlaw.com
> **Subject:** Re: Black v. First Impression Interactive, Inc., et al. - Subpoena to BoomSourcing, LLC
>
> One hour from now works.
>
> On Wed, Sep 7, 2022 at 2:06 PM David J. Kaminski <kaminskid@cmtlaw.com> wrote:
>
> What works for you today?
>
> Regards,
>
> David J. Kaminski, Esq.
>
> *Partner and Chair of the Financial Services and Class Action Group*
>
> CARLSON & MESSER LLP
>
> 5901 W. Century Boulevard, Suite 1200
>
> Los Angeles, CA  90045
>
> 310-242-2200 Main
>
> 310-242-2204 Direct
>
> 310-242-2222 Fax

kaminskid@cmtlaw.com



THE INFORMATION CONTAINED IN THIS E--MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY--CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E--MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Jeff Blake <jeff@attorneyzim.com>
**Sent:** Wednesday, September 7, 2022 10:14 AM
**To:** David J. Kaminski <kaminskid@cmtlaw.com>; Stephen Watkins <watkinss@cmtlaw.com>
**Cc:** Max Morgan <max.morgan@theweitzfirm.com>
**Subject:** Black v. First Impression Interactive, Inc., et al. - Subpoena to BoomSourcing, LLC

Hi David,

I am writing to follow up regarding our anticipated telephone call. Please let me know when you are available to talk.

Thank you,

Jeff

--

**Jeffrey Blake**

*jeff@attorneyzim.com*

ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220

Chicago, Illinois 60602

(312) 440-0020 tel | (312) 440-4180 fax

www.attorneyzim.com

Chicago, Illinois 60602

(312) 440-0020 tel | (312) 440-4180 fax

www.attorneyzim.com