# Exhibit J

# BOOMSOURCING BPO LLC

Update this Business

**Entity Number:** 11990883-0160
**Company Type:** LLC - Domestic
**Address:** 3451 N TRIUMPH BLVD STE 203 Lehi, UT 84043
**State of Origin:**
**Registered Agent:** JACOB N MUNNS
**Registered Agent Address:**
3451 N TRIUMPH BLVD STE 203
Lehi, UT 84043

View Management Team

## Status: Delinquent

Purchase Certificate of Existence

**Status:** Delinquent 🟡 *as of 11/14/2022*
**Status Description:** Failure to File Renewal
**Employment Verification:** Not Registered with Verify Utah

## History

View Filed Documents

**Registration Date:** 10/16/2020
**Last Renewed:** 08/18/2021

## Additional Information

**NAICS Code:** 9999 **NAICS Title:** 9999-Nonclassifiable Establishment

<< Back to Search Results

Business Name: